**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Angel COVARRUBIAS, a.k.a. Guero,
Defendant–Appellant.**

**No. 10–15169
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 22, 2011.

Kurt R. Erskine, Lawrence R. Sommerfeld, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Robert Alan Glickman, Attorney at Law, Atlanta, GA, Angel Covarrubias, CI Dalby–Inmate Legal Mail, Post, TX, for Defendant–Appellant.

Before DUBINA, Chief Judge, HULL and BLACK, Circuit Judges.

PER CURIAM:

Robert Alan Glickman, appointed counsel for Angel Covarrubias in this direct criminal appeal, has filed a renewed motion to withdraw from further representation of the appellant, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's renewed motion to withdraw is **GRANTED,** and Covarrubias's conviction and sentence are **AFFIRMED.**